

# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

## NO. PD-1716-09

**RAYMOND WAIER WIRTH, Appellant**

**v.**

**THE STATE OF TEXAS**

### ON THE STATE'S PETITION FOR DISCRETIONARY REVIEW
### FROM THE SIXTH COURT OF APPEALS
### FANNIN COUNTY

JOHNSON, J., delivered the opinion of the Court in which KELLER, P.J., PRICE, WOMACK, KEASLER, HERVEY, HOLCOMB, and COCHRAN, JJ., joined. MEYERS, J., dissented.

### O P I N I O N

Appellant was indicted for the offense of theft of property over $200,000 pursuant to one scheme and continuing course of conduct. TEX. PENAL CODE § 31.03 (a). A jury convicted appellant of the lesser offense of theft of $20,000 or more but less than $100,000, assessed a punishment of ten years' imprisonment and a $10,000 fine, and recommended community supervision. *Wirth v. State*, 296 S.W.3d 895, 897 (Tex. App.—Texarkana 2009). The trial court sentenced appellant to ten years' incarceration, probated for five years, fined him $10,000, and

ordered him to pay restitution of $128,103.27.

In the court of appeals, appellant argued that the evidence was legally and factually insufficient to support the verdict because the evidence could not support a finding of intent to commit theft. The court of appeals held that the evidence was factually insufficient to support the verdict, pursuant to *Clewis v. State,* 922 S.W.2d 126 (Tex. Crim. App. 1996). *Wirth v. State*, 296 S.W.3d 895 (Tex. App.—Texarkana 2009)(delivered September 28, 2009).

At the time that the court of appeals considered this case, this Court had not issued its opinion in *Brooks v. State*, ___ S.W.3d ___, 2010 Tex. Crim. App. LEXIS 1240 (Tex. Crim. App. No. PD-0210-09, delivered October 6, 2010), in which we overruled *Clewis*. We therefore vacate the judgment of the court of appeals and remand the case to that court for reconsideration pursuant to *Brooks*.

Delivered: December 15, 2010
Publish